JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ABDUL ABU ZAHRA, an individual;<br><br>Plaintiff;<br><br>v.<br><br>DISCOVER BANK, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants.. | Case No.: 5:22-cv-00726-AB-RAO<br><br>[Assigned to Hon. Andre Birottè, Jr.]<br><br>[~~PROPOSED~~] **ORDER DISMISSING DISCOVER BANK WITH PREJUDICE**<br><br>Action Filed: April 27, 2022<br>Trial Date: None |

Under FRCP 41(a), and pursuant to the parties' stipulation [ECF No. 33], Plaintiff's claims against Discover Bank are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated: February 17, 2023

The Honorable Andre Birottè, Jr.
United States District Judge